**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:  Bankruptcy Case No.: 20–10329–TPA

Chapter: 13

**John L. Peterson**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 13, 2020**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**　　　　　　　　　　　　　　　　　Michael R. Rhodes
  U.S. Bankruptcy Court　　　　　　　　　　　　　　　　　　　　　　*Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 5/4/20

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 20-10329-TPA
John L. Peterson                                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin              Page 1 of 1              Date Rcvd: May 04, 2020
                              Form ID: 154A            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db              +John L. Peterson,    85 Long Hill Rd.,    Hadley, PA 16130-1407
15237709         CitiBank, N.A.,    P.O. Box 78005,    Phoenix, AZ 85062-8005
15237712        +Mariner Finance,    41-A Hadley Road,    Greenville, PA 16125-1239
15237713         Sallie Mae Company,    P.O. Box 8588,    Philadelphia, PA 19101-8588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15237710         E-mail/PDF: creditonebknotifications@resurgent.com May 05 2020 02:49:18    Credit One Bank,
                  P.O. Box 60500,    City Of Industry, CA 91716-0500
15237711         E-mail/Text: mrdiscen@discover.com May 05 2020 02:40:27    Discover,    P.O. Box 6103,
                  Carol Stream, IL 60197-6103
15237714         E-mail/Text: jennifer.chacon@spservicing.com May 05 2020 02:40:51
                  Select Portfolio Servicing Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
          David J. Graban    on behalf of Debtor John L. Peterson graban@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 3