## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :    Case No. 20-10329
John L. Peterson                                :                                              :
Debtor(s)                                       :
                                                :
John L. Peterson                                :    Chapter 13
                                                :
Movant(s),                                      :
                                                :
   vs.                           :
Peterson Trucking                               :
Respondent                                      :

## CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 31, 2020.

The type(s) of service made on the parties was first class mail.
Executed on: 05/31/20

John L Peterson                         Peterson Trucking
85 Long Hill Rd.                        85 Long Hill Rd.
Hadley, PA 16130                        Hadley, PA 16130

Office of the US Trustee
1001 Liberty Ave. Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

                    /s/ David J. Graban
                    David J. Graban
                    5569 East State Street
                    Hermitage, PA 16148
                    724-981-0620
                    PA ID 18136