FILED
7/20/20 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 20-10329 |
| John L. Peterson | : | |
| Debtor(s) | : | |
| | : | |
| John L. Peterson | : | Chapter 13 |
| | : | Rel to Doc 36 |
| Movant(s), | : | |
| | : | |
| vs. | : | |
| Peterson Trucking | : | |
| Respondent | : | |

## AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE ORDERED that until further order of this Court, the entity from which the Debtor, John L. Peterson, receives income: Peterson Trucking, 85 Longhill Rd., Hadley, PA 16130 shall deduct from that income the sum of $1,131.96 per month in equal installments, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D. Pa.
P.O. Box 84051
Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above named entity shall notify the Chapter 13 Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification Of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

IT IS FURTHER ORDERED that the above named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this ___20th___ day of ___July___, 2020

_____
United States Bankruptcy Judge

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John L. Peterson  
      Debtor

Case No. 20-10329-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: dkam    Page 1 of 1    Date Rcvd: Jul 20, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.  
db         +John L. Peterson,    85 Long Hill Rd.,    Hadley, PA 16130-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:  
          David J. Graban    on behalf of Debtor John L. Peterson graban@verizon.net  
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,    for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3    bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                     TOTAL: 4