IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 20-10329 |
| John L. Peterson : | |
| Debtor(s) : | |
| : | |
| John L. Peterson : | Chapter 13 |
| : | |
| Movant(s), : | |
| : | |
| vs. : | |
| Peterson Trucking : | |
| Respondent : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE ORDERED that until further order of this Court, the entity from which the Debtor, John L. Peterson, receives income: Peterson Trucking, 85 Longhill Rd., Hadley, PA 16130 shall deduct from that income the sum of $1006.96 per month in equal installments, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D. Pa.
P.O. Box 84051
Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above named entity shall notify the Chapter 13 Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification Of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

IT IS FURTHER ORDERED that the above named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this_____ day of _____ , 2020

_____
United States Bankruptcy Judge