# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-10329** |
| **John L. Peterson** | **Chapter 13** |
| | **Judge Thomas P. Agresti** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | Related Document # |
| **Movant,** | |
| vs | |
| **John L. Peterson** | |
| **Jake R Peterson** | |
| | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-023538_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 20-10329** |
| **John L. Peterson** | : **Chapter 13** |
| | : **Judge Thomas P. Agresti** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **John L. Peterson** | : |
| **Jake R Peterson** | : |
| | : |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 4, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

David J. Graban, Attorney for John L. Peterson, graban@verizon.net

Service by First-Class Mail:
John L. Peterson and Jake R Peterson, 85 Long Hill Rd., Hadley, PA  16130

EXECUTED ON: January 4, 2021

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611

20-023538_PS

Phone No.
94781
List Bar I.D. and State of Admission