**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 20-10329** |
| **John L. Peterson** | **:** | **Chapter 13** |
| | **:** | **Judge Thomas P. Agresti** |
| **Debtor(s)** | **:** | * * * * * * * * * * * * * * * * * * |
| | **:** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **:** | **Date and Time of Hearing** |
| | **:** | **March 3, 2021 at 10:00 a.m.** |
| **Movant,** | **:** | |
| **vs** | **:** | |
| | **:** | |
| **John L. Peterson** | **:** | |
| **Jake R Peterson** | **:** | |
| | **:** | |
| **Ronda J. Winnecour** | | |
| **Respondents.** | | |

### NOTICE OF HEARING AND RESPONSE DEADLINE
### REGARDING MOTION OF WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY WITH 30 DAY WAIVER

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 8, 2021 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

You should take this Notice and the Motion to a lawyer at once.

*A Zoom Video Conference Hearing* will be held on March 3, 2021 at 10:00 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to

20-023538_EJS1

the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For issues regarding the connection, contract Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. ***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at

https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: __January 22, 2021_____

    /s/ Sarah E. Barngrover
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-023538_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-10329 |
| **John L. Peterson** | : Chapter 13 |
| | : Judge Thomas P. Agresti |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Date and Time of Hearing |
| | : March 3, 2021 at 10:00 a.m. |
| **Movant,** | : |
| **vs** | : |
| | : |
| **John L. Peterson** | : |
| **Jake R Peterson** | : |
| | : |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY WITH 30 DAY WAIVER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)     ecf and first class mail                                                              .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:
    January 22, 2021                                                                                                                              .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 22, 2021

By: /s/ Sarah E. Barngrover
Signature
Sarah E. Barngrover

20-023538_EJS1

Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323972
List Bar I.D. and State of Admission

20-023538_EJS1

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

David J. Graban, Attorney for Debtor, 5569 East State Street, Hermitage, PA  16148 (notified by ecf)

John L. Peterson, Debtor, 85 Long Hill Rd., Hadley, PA  16130 (notified by regular US Mail)

Jake R Peterson, Co-Debtor, 85 Long Hill Rd, Hadley, PA  16130 (notified by regular US Mail)

20-023538_EJS1