IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No.: 20-10329 |
| John L. Peterson : | Chapter 13 |
| : | Judge Thomas P. Agresti |
| Debtor(s) : | * * * * * * * * * * * * * * * * * * |
| : | |
| Wells Fargo Bank, N.A., d/b/a Wells : | Date and Time of Hearing |
| Fargo Auto : | Place of Hearing |
| Movant, : | March 3, 2021 at 10:00 a.m. |
| vs : | |
| : | Erie Bankruptcy Courtroom, U.S. |
| John L. Peterson : | Courthouse |
| Jake R Peterson : | 17 South Park Row, Erie, PA 16501 |
| : | |
| Ronda J. Winnecour | |
| Respondents. | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO
REPOSSESS THE 2006 DODGE RAM 3500 WITH THE VEHICLE IDENTIFICATION
NUMBER 3D3MX48C86G243635 (DOCUMENT NO. 39)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on January 22, 2021 at Document No. 39 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 8, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

      /s/ Sarah E. Barngrover
      Karina Velter, Esquire (94781)
      Adam B. Hall (323867)
      Sarah E. Barngrover (323972)

20-023538_EJS1

Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-023538_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-10329 |
| **John L. Peterson** | : **Chapter 13** |
| | : **Judge Thomas P. Agresti** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : **Date and Time of Hearing** |
| | : **Place of Hearing** |
| **Movant,** | : **March 3, 2021 at 10:00 a.m.** |
| vs | : |
| | : **Erie Bankruptcy Courtroom, U.S.** |
| **John L. Peterson** | : **Courthouse** |
| **Jake R Peterson** | : **17 South Park Row, Erie, PA 16501** |
| | : |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2006 DODGE RAM 3500 WITH THE VEHICLE IDENTIFICATION NUMBER 3D3MX48C86G243635 (DOCUMENT NO. 39)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) February 9, 2021 .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and ecf .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 2/9/2021

By: /s/ Sarah E. Barngrover
Signature

20-023538_EJS1

Sarah E. Barngrover
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323972
List Bar I.D. and State of Admission

20-023538_EJS1

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

David J. Graban, Attorney for Debtor, 5569 East State Street, Hermitage, PA  16148 (notified by ecf)

John L. Peterson, Debtor, 85 Long Hill Rd., Hadley, PA  16130 (notified by regular US Mail)

Jake R Peterson, Co-Debtor, 85 Long Hill Rd, Hadley, PA  16130 (notified by regular US Mail)

20-023538_EJS1