**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/11/21 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: :
: Case No.: 20-10329
**John L. Peterson** : Chapter 13
: Judge Thomas P. Agresti
Debtor(s) : * * * * * * * * * * * * * * * * *
  *   Rel to Doc 39
:
**Wells Fargo Bank, N.A., d/b/a Wells** : Date and Time of Hearing
**Fargo Auto** : Place of Hearing
Movant, : March 3, 2021 at 10:00 a.m.
:
vs :
: Erie Bankruptcy Courtroom, U.S.
: Courthouse
**John L. Peterson** : 17 South Park Row, Erie, PA 16501
**Jake R Peterson**
:
**Ronda J. Winnecour**
  **Respondents.**

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY REGARDING 2006 DODGE RAM 3500 WITH VIN 3D3MX48C86G243635

This matter came before the Court on the Motion for Relief from Stay and the Co-Debtor Stay (the "Motion") filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, Co-Debtor, counsel for the Debtor and Co-Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 and § 1301 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

20-023538_EJS1

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: February 11, 2021

Judge Thomas P. Agresti    ljm
United States Bankruptcy Judge

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

David J. Graban, Attorney for Debtor, 5569 East State Street, Hermitage, PA  16148 (notified by ecf)

John L. Peterson, Debtor, 85 Long Hill Rd., Hadley, PA  16130 (notified by regular US Mail)

Jake R Peterson, Co-Debtor, 85 Long Hill Rd, Hadley, PA  16130 (notified by regular US Mail)

20-023538_EJS1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10329-TPA |
| John L. Peterson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 2 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

**Recip ID    Recipient Name and Address**
db            + John L. Peterson, 85 Long Hill Rd., Hadley, PA 16130-1407

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com

David J. Graban
    on behalf of Debtor John L. Peterson graban@verizon.net

Karina Velter
    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Barngrover

District/off: 0315-1      User: dkam      Page 2 of 2
Date Rcvd: Feb 11, 2021      Form ID: pdf900      Total Noticed: 1

on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com

TOTAL: 6