IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.  20-10329-TPA |
| | ) |
| JOHN L. PETERSON, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Docket No. |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket No. 51 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN L. PETERSON, JAKE R. PETERSON, and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) ) ) ) |
| | ) |
| Respondents | ) |

## CERTIFICATE OF SERVICE

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order, on the parties at the addresses on the attached matrix, on April 7, 2021, by first class, United States mail, postage pre-paid or via electronic filing.

    By:    /s/ *Mark G. Claypool*
              Mark G. Claypool, Esquire
              PA I.D. No. 63199
              Knox McLaughlin Gornall & Sennett, P.C.
              120 West Tenth Street
              Erie, Pennsylvania  16501-1461
              (814) 459-2800
              mclaypool@kmgslaw.com

# 2243330.v1

## SERVICE MATRIX

### Via US Mail

| | |
|---|---|
| John L. Peterson<br>85 Long Hill Rd.<br>Hadley, PA 16130 | David J. Graban<br>5569 East State Street<br>Hermitage, PA 16148 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Jake R. Peterson<br>85 Long Hill Rd.<br>Hadley, PA 16130 |

### Via CM/ECF

Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov

# 2243330.v1