REV bL059 3


**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

|  |  |
|---|---|
| WESTERN DISTRICT OF PENNSYLVANIA<br>17 SOUTH PARK ROW ROOM B160<br>ERIE, PA 16501 | Date Issued     04/25/2025<br>Letter ID     L0034544236<br>Social Security Number     ***-**-8088 |

**Notice of Withdrawal**

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| PETERSON, JOHN L | **Case ID:** 2010329 |
| Social Security Number : ***-**-8088 | **Type:** Chapter 13 |
|  | **File Date:** 03-May-2020 |

| **Why you are receiving this notice** | On **28-Jul-2020** the department sent you a Proof of Claim in the amount of **$0.00**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Heather Haring |  |
| Phone: (717) 705-3982 |  |
| Fax: (717) 783-4331 |  |

| **What you need to do** | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|