REV bL059 3


**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

|  |  |
|---|---|
| Date Issued | 04/25/2025 |
| Letter ID | L0034544236 |
| Social Security Number | ***-**-8088 |

WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW ROOM B160
ERIE, PA 16501

## Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| PETERSON, JOHN L | **Case ID:** 2010329 |
| Social Security Number : ***-**-8088 | **Type:** Chapter 13 |
|  | **File Date:** 03-May-2020 |

| Why you are receiving this notice | On **28-Jul-2020** the department sent you a Proof of Claim in the amount of **$0.00**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Heather Haring |  |
| Phone: (717) 705-3982 |  |
| Fax: (717) 783-4331 |  |

| What you need to do | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|

SO ORDERED
April 25, 2025

_____  dak
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
4/25/25 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10329-JCM |
| John L. Peterson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John L. Peterson, 85 Long Hill Rd., Hadley, PA 16130-1407 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Trustee Ronda J. Winnecour dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor John L. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com |
| Mark G. Claypool | |
| | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com

TOTAL: 7