FILED
6/17/25 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Withdrawal of Appearances by Stephen** | : | **Miscellaneous Case No:  25-208-GLT** |
| **R. Franks in Various Open Cases, and** | : | |
| **Entry of Appearance of Replacement** | : | |
| **Counsel Adam B. Hall in Various Open** | : | Related to Docket No. 3 |
| **Cases** | : | |
| | : | |

## ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this ___ 17th Day of June, 2025 __, upon consideration of

the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk

of Courts for the Western District of Pennsylvania, Bankruptcy Division shall substitute attorney

Adam B. Hall as the attorney of record for all open cases listed on the Exhibit attached to

Movant's Motion to Substitute.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

SKR