Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **John L. Peterson** <br> *Debtor(s)* | : <br> : <br> : | Case No. 20−10329−JCM <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Related to Document No. 68 <br><br> Hearing Date: 10/30/25 at 09:30 AM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this ***The 26th of August, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 68 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1) **On or before October 10, 2025**, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on ***October 30, 2025 at 09:30 AM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

 

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10329-JCM |
| John L. Peterson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L. Peterson, 85 Long Hill Rd., Hadley, PA 16130-1407 |
| 15237712 | + | Mariner Finance, 41-A Hadley Road, Greenville, PA 16125-1239 |
| 15237713 | | Sallie Mae Company, P.O. Box 8588, Philadelphia, PA 19101-8588 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:44:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 27 2025 02:08:19 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, 1451 Thomas Langston Road, Winterville, NC 28590-8872 |
| 15243358 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15237709 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 02:06:41 | CitiBank, N.A., P.O. Box 78005, Phoenix, AZ 85062-8005 |
| 15237710 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 02:04:51 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 15237711 | | Email/Text: mrdiscen@discover.com | Aug 27 2025 03:44:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15242006 | | Email/Text: mrdiscen@discover.com | Aug 27 2025 03:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15252000 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:06:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15249444 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 03:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 15270111 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2025 03:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15237714 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 03:45:00 | Select Portfolio Servicing Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 15237923 | ^ | MEBN | Aug 27 2025 01:17:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15260916 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 03:45:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt |

Case 20-10329-JCM    Doc 71    Filed 08/28/25    Entered 08/29/25 00:32:48    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 19 |

| 15259573 | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2025 02:08:39 | Lake City, UT 84165-0250<br>Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15239831 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 27 2025 02:08:40 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 169005, Irving, TX 75016-9005 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| Daniel P. Foster | on behalf of Trustee Ronda J. Winnecour dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John L. Peterson dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com<br>chartle@kmgslaw.com;jbucceri@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7