**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOHN L. PETERSON <br><br>    Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>    Movant <br>    vs. <br> No Respondents. | Case No.:20-10329 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

August 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/03/2020 and confirmed on 7/6/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,616.76 |
| Less Refunds to Debtor | 1,537.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,079.18 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 3,691.99 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,691.99 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 57,301.61 | 0.00 | 57,301.61 |
|     Acct: 4265 | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 2,682.31 | 2,682.31 | 0.00 | 2,682.31 |
|     Acct: 4265 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3021 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6144 | | | | |
| | | | | 59,983.92 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN L. PETERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN L. PETERSON | 1,537.58 | 1,537.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID J GRABAN ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 478.05 | 478.05 | 0.00 | 478.05 |
|     Acct: 8088 | | | | |
| | | | | 478.05 |
| **Unsecured** | | | | |
|   LVNV FUNDING LLC | 4,623.03 | 1,011.98 | 0.00 | 1,011.98 |
|     Acct: 8582 | | | | |
|   LVNV FUNDING LLC | 2,879.21 | 630.26 | 0.00 | 630.26 |
|     Acct: 4689 | | | | |
|   DISCOVER BANK(*) | 12,057.16 | 2,639.31 | 0.00 | 2,639.31 |
|     Acct: 8631 | | | | |
|   MARINER FINANCE LLC | 2,791.19 | 610.99 | 0.00 | 610.99 |
|     Acct: 2134 | | | | |
|   SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6974 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 149.27 | 32.68 | 0.00 | 32.68 |

| 20-10329 | | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 0001 | | | | | |
| PA DEPARTMENT OF REVENUE* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8088 | | | | | |
| SYNCHRONY BANK** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4339 | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| MANLEY DEAS KOCHALSKI LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 4,925.22 |
| TOTAL PAID TO CREDITORS | | | | | 65,387.19 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 478.05 | | | | |
| SECURED | 2,682.31 | | | | |
| UNSECURED | 22,499.86 | | | | |

Date: 08/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN L. PETERSON

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:20-10329

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10329-JCM |
| John L. Peterson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L. Peterson, 85 Long Hill Rd., Hadley, PA 16130-1407 |
| 15237712 | + | Mariner Finance, 41-A Hadley Road, Greenville, PA 16125-1239 |
| 15237713 | | Sallie Mae Company, P.O. Box 8588, Philadelphia, PA 19101-8588 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:04:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 27 2025 02:46:45 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, 1451 Thomas Langston Road, Winterville, NC 28590-8872 |
| 15243358 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15237709 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 02:08:01 | CitiBank, N.A., P.O. Box 78005, Phoenix, AZ 85062-8005 |
| 15237710 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 02:05:27 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 15237711 | | Email/Text: mrdiscen@discover.com | Aug 27 2025 03:44:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15242006 | | Email/Text: mrdiscen@discover.com | Aug 27 2025 03:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15252000 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:04:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15249444 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 03:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 15270111 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2025 03:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15237714 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 03:45:00 | Select Portfolio Servicing Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 15237923 | ^ | MEBN | Aug 27 2025 01:17:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15260916 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 03:45:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Lake City, UT 84165-0250 |
| 15259573 | Email/PDF: ebn_ais@aisinfo.com | | Aug 27 2025 02:08:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15239831 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | Aug 27 2025 02:06:36 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 169005, Irving, TX 75016-9005 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| Daniel P. Foster | on behalf of Trustee Ronda J. Winnecour dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John L. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com chartle@kmgslaw.com;jbucceri@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7