Fill in this information to identify the case:

Debtor 1  John L. Peterson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)
Case number 20-10329-JCM

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as indenture trustee for CIM Trust 2025-R1

**Court claim no.** (if known): 7-2

*Please note Selene Finance LLC has recently acquired this loan. This response of notice of final cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1

**Last 4 digits** of any number you use to identify the debtor's account: 4265

**Property address:**  85 LONG HILL ROAD
Number       Street

HADLEY, PA 16130
City                State        ZIP Code

| Part 2: | Prepetition Default Payments |

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

| Part 3: | Postpetition Mortgage |

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    01 / 04 / 2026
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:   + (b) $_____
c. Total. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

Form 4100R                Response to Notice of Final Cure Payment                    page 1

| Debtor 1 | John L. Peterson | | | Case number *(if known)* | 20-10329-JCM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Rosa Selmani                              Date 9/17/2025
     Signature

Print       Rosa Selmani                                   Title Authorized Agent
            First Name      Middle Name      Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    13010 Morris Rd., Suite 450
           Number           Street

           Alpharetta              GA              30004
           City                    State           ZIP Code

Contact    470-321-7112                                Email   rselmani@raslg.com

Form 4100R                  **Response to Notice of Final Cure Payment**                  page 2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

John L. Peterson
85 Long Hill Rd.
Hadley, PA 16130

*And via electronic mail to:*

Daniel P. Foster
1210 Park Avenue
Meadville, PA 16335

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ *Long-Giang Nguyen*

Email: petnguyen@raslg.com