**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John L. Peterson <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8088 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–10329–JCM | |

# Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   John L. Peterson

10/16/25                                                                    **By the court:** John C Melaragno
                                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10329-JCM |
| John L. Peterson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L. Peterson, 85 Long Hill Rd., Hadley, PA 16130-1407 |
| 15237712 | + | Mariner Finance, 41-A Hadley Road, Greenville, PA 16125-1239 |
| 15237713 | | Sallie Mae Company, P.O. Box 8588, Philadelphia, PA 19101-8588 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 17 2025 04:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: GMACFS.COM | Oct 17 2025 04:32:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: PRA.COM | Oct 17 2025 04:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 17 2025 01:34:16 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, 1451 Thomas Langston Road, Winterville, NC 28590-8872 |
| 15243358 | | EDI: GMACFS.COM | Oct 17 2025 04:32:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15237709 | | EDI: CITICORP | Oct 17 2025 04:32:00 | CitiBank, N.A., P.O. Box 78005, Phoenix, AZ 85062-8005 |
| 15237710 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:56:15 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 15237711 | | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15242006 | | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15252000 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:41:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15249444 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2025 00:37:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 15270111 | | EDI: PENNDEPTREV | Oct 17 2025 04:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15237714 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 17 2025 00:38:00 | Select Portfolio Servicing Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 15237923 | + | EDI: PRA.COM | Oct 17 2025 04:32:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 20-10329-JCM    Doc 77    Filed 10/18/25    Entered 10/19/25 00:30:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 20 |

| 15260916 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|
| | | Oct 17 2025 00:38:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15259573 | EDI: AIS.COM | | |
| | | Oct 17 2025 04:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15239831 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | Oct 17 2025 01:33:40 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 169005, Irving, TX 75016-9005 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| Daniel P. Foster | on behalf of Trustee Ronda J. Winnecour dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John L. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com chartle@kmgslaw.com;jbucceri@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Oct 16, 2025 Form ID: 3180W Total Noticed: 20
TOTAL: 7